UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Minutes of Proceedings before
**DONALD C. NUGENT**
United States District Judge

DATE: February 18, 2026

CASE NO. 4:25 CR 594

COURT REPORTER: None

PRETRIAL CONFERENCE

UNITED STATES OF AMERICA

-VS-

JERIAH MAST

APPEARANCES:   Plaintiff: Margaret Kane
               Defendant: Edward Bryan

PROCEEDINGS: Telephonic PT held w/ all counsel participating - parties are trying to resolve case so defts trial motion to continue trial & FPT granted for good cause and in the interests of justice. Tentative COP set 3/18/26 @ 10:00AM

USA has submitted proposed Plea Agreement w/ potential Guideline recommendations & Deft counsel are reviewing the Plea Agreement

Length of Proceedings: 15 min

_Donald C. Nugent_ 2/18/26
Donald C. Nugent, U.S. District Judge